

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2021

No. 04-19-00827-CV

Les **GRIFFIN** and Molly Griffin,
Appellants

v.

**PST INVESTMENT GROUP, LLC,**
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 19541C
Honorable Susan Harris, Judge Presiding

## O R D E R

Appellants' brief was due on October 5, 2020. Neither the brief nor a motion for extension of time has been filed. We therefore ORDER appellants to file their brief in this court *no later than 10 days* from the date of this order, along with a written response reasonably explaining: (1) their failure to timely file the brief; and (2) why appellee is not significantly injured by appellants' failure to timely file a brief.

If appellants fail to file a brief and the written response by the date ordered, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(b), (c).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court